1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5084
7  Fax: (408)-535-5066
   E-Mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 09-00342-JW
                                    )
15         Plaintiff,                )
                                    )   STIPULATION AND [PROPOSED]
16         v.                        )   ORDER RESCHEDULING SENTENCING
                                    )   HEARING
17 DAVID DEL VILLAR,                )
                                    )
18         Defendant.                )
                                    )
19

20      IT IS HEREBY STIPULATED between the parties with good cause appearing therefore

21 (the draft Presentence Report has not yet been prepared and counsel for the defendant is

22 currently in the hospital), and based upon such stipulation it is hereby ordered, that the

23 sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday,

24 December 14, 2009 at 1:30 p.m., be continued and a new sentencing hearing date of Monday,

25 March 1, 2010 at 1:30 p.m. is hereby set.

26 It is so stipulated:

27 Dated: ___12/10/09_____          _____/S/_____
                                        JOHN N. GLANG
28                                      Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00342-JW

It is so stipulated:

Dated: __12/10/09_____                    _____/S/_____
                                               STEVEN H. NAKANO
                                               Attorney for David Del Villar


[PROPOSED] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, December 14, 2009 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, March 1, 2010 at 1:30 p.m. is hereby set.


It is so ORDERED:

Dated: __December 10, 2009__                   _____/s/ James Ware_____
                                               JAMES WARE
                                               United States District Judge